Bay, in the county of Nassau, for purposes of water supply. No opinion. Motion granted. The order will be resettled by adding thereto the words, "upon the evidence already adduced before them and such further evidence as may be received in respect to the land of the respondent." See, also, 119 App. Div. 74, 103 N. Y. Supp. 911.

WATSON, Appellant, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Mary Watson, as administratrix, etc., of Hugh Watson, deceased, against the New York Contracting Company, Pennsylvania Terminal. No opinion. Motion denied. See, also, 127 App. Div. 134, 111 N. Y. Supp. 277.

WEIL et al., Respondents, v. CENTRAL VERMONT RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Emil Weil and others against the Central Vermont Railway Company and another. M. S. Lynch, for appellants. A. C. Weil, for respondents. PER CURIAM. Judgment reversed as against the weight of evidence, and new trial ordered before another referee; costs to appellant to abide event. Settle order on notice.

CLARKE, J., dissents.

WELLER, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Sarah E. Weller against the Consolidated Gas Company. J. A. Carver, for appellant. C. Caldwell, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissent.

WERNER v. SHILL. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Rudolph Werner against Henry W. Shill. No opinion. Motion granted, with $10 costs. Order filed.

WHITCHER, Appellant, v. CITY OF LOCKPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Elizabeth Whitcher against the city of Lockport. No opinion. Judgment and order affirmed, with costs.

WHITE, Appellant, v. WATTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Andrew A. White against Thos. Watts and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re WILLIAMS. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) In the matter of the application of Webster F. Williams for admission to the bar. No opinion. Application granted.

WILLIAMS et al., Appellants, v. GETMAN, Respondent. (Supreme Court, Appellate Division, Third Department. September 17, 1908.) Action by Silas K. Williams and another against David Getman, Jr. PER CURIAM. Judgment affirmed, with costs. See 99 N. Y. Supp. 977.

SMITH, P. J., and KELLOGG, J., dissent.

WILNER, Respondent, v. INDEPENDENT ORDER AHAWAS ISRAEL, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Samuel Wilner, as administrator, against the Independent Order Ahawas Israel. A. B. Jaworower, for appellant. E. Mendel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 App. Div. 615, 107 N. Y. Supp. 497.

WINCHELL, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Elonzo R. Winchell against the New York Central & Hudson River Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. See, also, 121 App. Div. 52, 105 N. Y. Supp. 425.

SPRING, J., dissents.

WITT, Respondent, v. WITT, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Dora Witt against Gustav C. F. Witt. O. G. Foelker, for appellant. W. Lippman, for respondent. No opinion. Order modified, as stated in order entered, and, as modified, affirmed, without costs. Order filed.

WOOD et al., Respondents, v PROUDMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by St. John Wood and others against John C. Proudman. B. Patterson, for appellant. C. S. Mackenzie, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 App. Div. 826, 107 N. Y. Supp. 757.

WOODRUFF, Respondent, v. HUDSON RIVER ELECTRIC POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by John H. Woodruff, as administrator, etc., against the Hudson River Electric Power Company. PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

WOULFE, Respondent, v. MODERN WOODMEN OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Margaret Woulfe against the Modern Woodmen of America. PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

WRIGHT, Appellant, v. KNIGHTS OF THE MACCABEES OF THE WORLD, Respondent.